UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Structural Iron Workers Local Union No. 1 Pension Trust Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−01421

Honorable William T. Hart

Metro Construction, Inc.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

MINUTE entry before Judge Honorable William T. Hart:Status hearing held on 5/1/2008. Status hearing set for 11:00 a.m. on 6/11/2008 instead of 6/7/2008 as stated in open court.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.